AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Jose Jaraguchi Gomez

United States Courts
Southern District of Texas
FILED
February 09, 2025
Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-25-0283-M

IAE    YOB: 1988
Mexico

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **February 7, 2025** in **Starr** County, in the **Southern** District of **Texas**

The Defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony).
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Jose Jaraguchi Gomez was encountered by Border Patrol Agents near Rio Grande City, Texas, on February 7, 2025. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on February 7, 2025, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on January 29, 2025, through Del Rio, Texas. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On May 9, 2023, the Defendant was convicted of Assault Family Member, and sentenced to two (2) years probation.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Complaint authorized by AUSA D. Walker
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

February 9, 2025    10:35 a.m.

Nadia S. Medrano, U.S. Magistrate Judge
Name and Title of Judicial Officer

/s/ Israel Perez, Border Patrol Agent
Signature of Complainant
Border Patrol Agent Israel Perez

Signature of Judicial Officer